**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DONAHUE, Johnnie<br><br>DONAHUE, Kenneth<br><br>Debtor | Case No.: 16-53422<br><br>Chapter 13<br><br>**MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT (11 U.S.C. § 105(a))** |

Debtors Johnnie and Kenneth Donahue hereby move this Court for an order permitting them to enter into a loan modification agreement and modify their loan with Secured Creditor First Tennessee Bank National Association on real property known as 45 Vista Pointe Dr., Watsonville, California 95076 ("Property").

1. Debtor Kenneth Donahue executed an Home Equity Line of Credit ("Note") dated December 2, 2005, in favor of Movant's predecessor in interest, First Horizon Home Loan Corporation. The Note is secured by a Deed of Trust against the Property and recorded on December 28, 2005, in the Office of the County Recorder of Santa Cruz County, California (the

MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT (11 U.S.C. § 105(A)) - 1

1. "Deed of Trust"). That Note is executed by Johnnie and Kenneth Donahue. See Proof of Claim 2-1, filed December 19, 2016.

2. On December 5, 2016 , Debtors ("Debtors") commenced the within Chapter 13 bankruptcy case proceeding.

3. One of the assets of the Debtor's bankruptcy estate is the Property.

4. Secured Creditor and Debtor entered into negotiations for the modification of the existing terms of the Note and Deed of Trust that culminated in an agreement to modify the loan ("Home Affordable Modification Agreement"), subject to this court's approval.

5. The Home Affordable Modification Agreement modifies as follows:

    a. Reduction of principal balance to $238,823.26, and credit limit reduced to $234,000.00;

    b. The maturation date of the note will be extended from ten years to thirty-two years;

    c. The interest rate shall be reduced to one percent annual percentage rate, and the monthly fixed payment reduced to $762.74.

6. Pursuant to this Court's authority under 11 U.S.C. §105(a), Debtors request entry of an

//

//

MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT (11 U.S.C. § 105(A)) - 2

order authorizing Debtors to enter into the Home Affordable Modification Agreement.

WHEREFORE, Debtors prays as follows:

    1. That the court grant the Debtor; and

    2. For such other relief as the Court deems proper.

Executed in Watsonville, California.

Date: August 2, 2017            /s/ Aaron Lipton
                                                  Aaron Lipton, 267329
                                                  Counsel for Debtors

MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT (11 U.S.C. § 105(A)) - 3